IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA RABEL, ANDREA RABEL
AND N.R., a minor,

    Plaintiffs,                                        Case No.  20-cv-821-bbc

    v.

NEW GLARUS SCHOOL DISTRICT,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant New Glarus School District against plaintiffs Joshua Rabel, Andrea Rabel and N.R. dismissing this case.

| | |
|---|---|
| s/V. Olmo, Deputy Clerk | 2/3/2022 |
| Peter Oppeneer, Clerk of Court | Date |