UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JOSHUA RABEL and
ANDREA RABEL, as the legal guardians
of N. R., their minor child,

        Plaintiffs,

v.                                             Case No. 20-cv-00821

NEW GLARUS SCHOOL DISTRICT,

        Defendant.

## STIPULATION FOR DISMISSAL

NOW COME the Plaintiffs, Joshua Rabel and Andrea Rabel, as legal guardians of N.R., their minor child, and Defendant New Glarus School District, by their respective undersigned counsel, and hereby stipulate and agree that Plaintiff's Complaint is dismissed with prejudice and without costs.

Dated this 11th day of February, 2022.

        *s/ Brady R. Henderson*
        Brady R. Henderson, Wis. Bar#1116435, Okla. Bar#21212
        Cream City Law, LLC
        5150 N Port Washington Rd, Suite 210
        Milwaukee, WI 53217
        (414) 563-7453
        brady@creamcity.law
        Attorney for all Plaintiffs herein.

        *s/ Lori M. Lubinsky*
        Lori M. Lubinsky, SBN: 1027575
        Attorneys for Defendant New Glarus School District
        AXLEY BRYNELSON, LLP
        P.O. Box 1767
        Madison, WI  53701-1767
        Telephone:  (608) 257-5661
        llubinsky@axley.com